**MORGAN v. STATE FARM MUT. AUTO. INS. CO.**

[349 N.C. 288 (1998)]

BRADLEY R. MORGAN AND WIFE, TONJA D. MORGAN AND BRADLEY DALE MORGAN v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

No. 175A98

(Filed 6 November 1998)

Appeal by plaintiffs pursuant to N.C.G.S. § 7A-30(2) of the decision of a divided panel of the Court of Appeals, 129 N.C. App. 200, 497 S.E.2d 834 (1998), affirming the order allowing defendant's motion for summary judgment entered by Phillips, J., on 29 April 1997, in Superior Court, Carteret County. Heard in the Supreme Court on 13 October 1998.

*Wheatly, Wheatly, Nobles & Weeks, P.A., by Stevenson L. Weeks, for plaintiff-appellants.*

*Bailey, Way & Jerzak, by Glenn Bailey, for defendant-appellee.*

PER CURIAM.

AFFIRMED.